No. 536. HALLIDAY *v.* SQUIRE, SUPERINTENDENT OF BANKS. November 10, 1941. The motion to proceed on typewritten copies of the record is granted. Petition for writ of certiorari to the Supreme Court of Ohio denied.

*Mr. Wm. T. Arnos* for petitioner. *Mr. Thomas J. Herbert,* Attorney General of Ohio, for respondent.